UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STARR INDEMNITY & LIABILITY COMPANY,
a/s/o EFACEC POWER TRANSFORMERS

        **Plaintiff,**

v.                            CASE NO. 3:14-cv-1455-J-20JBT

CSX TRANSPORTATION INC. and
UNION PACIFIC RAILROAD COMPANY,

        **Defendants.**
_____/

### ORDER

I hereby recuse myself from this matter because of stock ownership, and direct the Clerk to reassign this case in accordance with standard assignment procedures.

DONE AND ORDERED at Jacksonville, Florida, this 5th day of December, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
James M. Gonzalez, Esq.
Andrew J. Steif, Esq.